LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>BIG 5 CORP. DBA BIG 5; CT RETAIL PROPERTIES FINANCE V, LLC<br><br>    Defendants. | No. CIV.S-05-1855 LKK DAD<br><br>**REQUEST FOR DISMISSAL**<br>**AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Plaintiff, ROBERT DODSON, requests the Court dismiss the above entitled action, without prejudice, **as to CT RETAIL PROPERTIES FINANCE V, LLC, only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant CT RETAIL PROPERTIES FINANCE V, LLC

.

Dated: <u>October 20, 2005</u>          LAW OFFICES OF LYNN HUBBARD

                                       <u>/s/ Lynn Hubbard, Esquire             </u>/
                                       LYNN HUBBARD, III
                                       Attorney for Plaintiff

IT IS SO ORDERED

Dated: October 26, 2005          <u>/s/Lawrence K. Karlton</u>
                                   Lawrence K. Karlton
                                   Senior Judge