```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  ROBERT DODSON,
                                         NO. CIV. S-05-1855 LKK/DAD
12
              Plaintiff,
13
        v.                                    O R D E R
14
    BIG 5 CORP. dba BIG 5; and
15  CT RETAIL PROPERTIES
    FINANCE V, LLC,
16
              Defendants.
17                                    /
```

18      Pursuant to court order, a Status Conference is currently set
19 for November 14, 2005.  Neither party has filed a status report as
20 ordered by the court's Order Setting Status Conference.
21      Accordingly, the court hereby ORDERS that:
22      1.  The Status Conference currently set for November 14, 2005
23 is CONTINUED to December 19, 2005 at 2:30 p.m.;
24      2.  All counsel are ordered to SHOW CAUSE in writing within
25 ten (10) days why sanctions in the amount of One Hundred Fifty
26 Dollars ($150.00) should not be imposed for failure to timely file

                                    1

1  a status report; and
2       3.  The parties are directed to file status reports not later
3  than ten (10) days preceding the conference.
4       IT IS SO ORDERED.
5       DATED:  November 10, 2005

                                 /s/Lawrence K. Karlton
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT