UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

          Plaintiff,

    v.

BIG 5 CORP. dba BIG 5; and
CT RETAIL PROPERTIES
FINANCE V, LLC,

          Defendants.
_____/

NO. CIV. S-05-1855 LKK/DAD

O R D E R

On November 10, 2005, the court ordered counsel for defendant Big 5 Corp. to show cause why sanctions should not be imposed for her failure to file a timely status report. Counsel responded to the order to show cause on November 15, 2005. No good cause being shown, the court hereby ORDERS that counsel for defendant is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the effective date of this order.

////

1

1  Counsel shall file an affidavit accompanying the payment of this
2  sanction which states that it is paid personally by counsel, out
3  of personal funds, and is not and will not be billed, directly or
4  indirectly, to the client or in any way made the responsibility of
5  the client as attorneys' fees or costs.
6      IT IS SO ORDERED.
7      DATED:  November 17, 2005

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT