UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

        Plaintiff,

  v.                               NO. CIV. S-05-1855 LKK/DAD

BIG 5 CORP. dba BIG 5; and
CT RETAILS PROPERTIES FINANCE
V, LLC,

        Defendants.
                             /

**STATUS (PRETRIAL SCHEDULING) ORDER**

    Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on December 19, 2005. SCOTT HUBBARD appeared as counsel for plaintiff in both cases; SHIREEN ROGERS appeared as counsel for defendant Big 5 Corp. After hearing, the court makes the following findings and orders:

**FURTHER STATUS CONFERENCE**

    A further Status Conference is now SET for January 23, 2006 at 3:00 p.m. The parties are reminded of their obligation to file

1

1 and serve status reports not later than ten (10) days preceding the
2 conference.
3     IT IS SO ORDERED.
4     DATED: December 20, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2