1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J. HUBBARD, IV, SBN 212970
2  **LAW OFFICES OF LYNN HUBBARD**
   12 Williamsburg Lane
3  Chico, California 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff
   ROBERT DODSON
6
   SHIREEN ROGERS, SBN 163507
7  **MUSICK, PEELER & GARRETT, LLP**
   650 Town Center Drive, Suite 1200
8  Costa Mesa, CA 92626
   Telephone: (714) 668-2400
9  Facsimile: (714) 668-2490

10 Attorneys for Defendant
   BIG 5 CORP. dba BIG 5

11
                    UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA
13

14
   ROBERT DODSON,                    CASE NO. CIV.S 05-1855 LKK DAD
15
          Plaintiff,                 **STIPULATION OF DISMISSAL**
16

17        vs.

18
   BIG 5 CORP. dba BIG 5; CT RETAIL
19 PROPERTIES FINANCE V, LLC.

20
          Defendants.
21
   _____/
22

23

24

25

26

27

28
                                1
                    **STIPULATION FOR DISMISSAL**

1    TO THE COURT AND ALL PARTIES:

2         IT IS HEREBY STIPULATED, pursuant to a settlement and release

3    agreement between plaintiff, Robert Dodson, and defendant Big 5 Corp. dba Big

4    5, that this Court enter a dismissal with prejudice of plaintiff's complaint in the

5    above-entitled action pursuant to Fed. R. Civ. P. 41, with each party to bear their

6    own attorney's fees and costs.

7         The dismissal with prejudice shall dismiss the action in its entirety.

8

9    Dated:   May 9, 2006                  LAW OFFICES OF LYNN HUBBARD

10

11                                         By: */S/ Lynn Hubbard, III*
12                                            LYNN HUBBARD III
                                            Attorneys for Plaintiff ROBERT DODSON

13

14   Dated:    May 8, 2006                 MUSICK, PEELER & GARRETT, LLP

15

16                                         By: */S/ Shireen Rogers*
                                            SHIREEN ROGERS
17                                          Attorneys for Defendant BIG 5 CORP. dba
                                            BIG 5

18

19   IT IS SO ORDERED.

20   DATED: May 10, 2006.

21                                         /s/Lawrence K. Karlton
                                           LAWRENCE K. KARLTON
22                                         SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT

23

24

25

26

27

28

                                            2
                               **STIPULATION FOR DISMISSAL**